AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America )
v. )
) Case No. 5:26-mJ-1529-BM
)
COURTNEY P. WILLIAMS )
)
)
_____ )

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **COURTNEY P. WILLIAMS** ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Between on or about Jan 10, 2022 and on or about Aug 12, 2025, in the Eastern District of N.C. and elsewhere, the defendant communicated and transmitted information relating to the National Defense classified as SECRET//NOFORN, specifically tactics, techniques, and procedures used by a special military unit stationed at Fort Bragg, N.C., to execute covert missions without being detected, which information the defendant had reason to believe could be used to the injury of the United States, to a person or persons not entitled to recieve it, to wit: Reporter 1, who subsequently published this classified national defense information in a news article and a book, all in violation of Title 18, U.S. Code, § 793(d).

Date: April 3, 2026; 2:29 pm

_____
*Issuing officer's signature*

City and state: Raleigh, North Carolina

BRIAN S. MEYERS, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/3/2026 , and the person was arrested on *(date)* 4/7/2026 at *(city and state)* _____. |
| Date: 4/9/2026 _____ *Arresting officer's signature* SA JOCELYN FOX *Printed name and title* |